# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PAULA SMITH**, | : | **CIVIL ACTION NO. 1:13-CV-1144** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **REVENUE COLLECT**, *et al.*, | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 24th day of June 2013, upon consideration of the stipulation for extension of time to file a responsive pleading (Doc. 5), it is hereby ORDERED that said stipulation is GRANTED. Defendant Revenue Collect's response is due on or before July 20, 2013.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge